ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
E-Mail: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*
*GEICO General Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLEN TORREY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland Corporation, DOES I-X, inclusive, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>    Defendants. | CASE NO.  2:13-cv-02313-APG-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and among Plaintiff GLEN TORREY and Defendant GEICO GENERAL INSURANCE COMPANY by and through their respective counsel of record, that all of the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 11th day of February, 2014.

HAMMOND & HAMMOND

/s/ R. Tyler Hammond
By:_____
    R. TYLER HAMMOND #10065
    *Attorneys for Plaintiff*

DATED this 11th day of February, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
By:_____
    ROBERT W. FREEMAN #3062
    DANIELLE C. MILLER #9127
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: February 11, 2014.